FILED
DISTRICT COURT OF GUAM

OCT 18 2006 nbc

MARY L.M. MORAN
CLERK OF COURT

# UNITED STATES DISTRICT COURT
## FOR THE
### DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br> vs.<br><br>MI SOOK KIM<br>    Defendant. | ) CRIMINAL CASE NO. 03-00058-001<br>)<br>)<br>)<br>) APPLICATION AND ORDER FOR<br>) RELEASE OF PASSPORT<br>) |

COMES NOW, U.S. Probation Officer Specialist Carmen D. O'Mallan, in the above-captioned case and requests for the release of the passport held by the Court as a condition of the defendant's release on bond.

Dated this _____ 6th _____ day of October 2006.

_____
CARMEN D. O'MALLAN
U.S. Probation Officer Specialist

## ORDER

On the application of U.S. Probation Officer Specialist Carmen D. O'Mallan, the Clerk of Court is hereby ordered to release the passport ~~belonging~~ to the defendant, Mi Sook Kim.

Dated this _____ 18th _____ day of October 2006.

_____
HON. JOAQUIN V.E. MANIBUSAN, Jr.
U.S. Magistrate Judge
District of Guam

RECEIVED

OCT - 6 2006

DISTRICT COURT OF GUAM
HAGATNA, GUAM